**Opinion issued June 13, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00191-CV

_____

**TARA MARIE THOMAS, Appellant**

**V.**

**MICHAEL FRANCIS PLACKE, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-79647**

---

## MEMORANDUM OPINION

Appellant, Tara Marie Thomas, has filed an unopposed motion for voluntary dismissal of this appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

# PER CURIAM

Panel consists of Justices Landau, Countiss, and Guerra.